UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RHODES DESIGN AND DEVELOPMENT, INC.,<br><br>Debtor. | Case No.: BK-S-09-14846-LBR<br><br>Chapter 11 |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 53**

SIGNS WEST, INC. hereby withdraws its proof of claim, designated as Claim No. 53, filed in the above-captioned case.

Dated: 09-24_____, 2009

```
                                    _____
                                              (signature)
                              By:                          (print name)
                              Its:                         (title)
```

73203-002\DOCS_SF:67189.1