# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-09-14846-LBR |
| RHODES DESIGN AND DEVELOPMENT CORPORATION, | Chapter 11 |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 47

SELECTBUILD NEVADA, INC. hereby withdraws its proof of claim, designated as Claim No. 47, in the amount of $2,525.76 filed in the above-captioned case.

Dated: 9/25, 2009

_____ (signature)

By: Marsha Presnyk (print name)
Its: Credit Manager (title)